**Jesus RAMOS VALLEJO, Petitioner,**

**v.**

**Eric H. HOLDER, Jr., Attorney General, Respondent.**

**No. 07–74840.**

United States Court of Appeals, Ninth Circuit.

Submitted Sept. 13, 2010.*

Filed Sept. 24, 2010.

Philippe M. Dwelshauvers, Esq., Fresno, CA, for Petitioner.

Ronald E. LeFevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, DOJ–U.S. Department of Justice, Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: SILVERMAN, CALLAHAN, and N.R. SMITH, Circuit Judges.

MEMORANDUM **

Jesus Ramos Vallejo, a native and citizen of Mexico, petitions for review of the Board of Immigration Appeals' order summarily affirming an immigration judge's ("IJ") removal order. We dismiss the petition for review.

This court lacks jurisdiction to review the IJ's discretionary determination that Ramos Vallejo did not merit cancellation of removal. *See Romero–Torres v. Ash-*

*croft,* 327 F.3d 887, 890 (9th Cir.2003) (this court lacks jurisdiction to consider "all discretionary decisions involved in the cancellation of removal context, including the ultimate discretionary decision to deny relief").

Ramos Vallejo's contention that the IJ failed to properly weigh his equities is not supported by the record and does not amount to a colorable claim over which we have jurisdiction. *See Mendez–Castro v. Mukasey,* 552 F.3d 975, 980 (9th Cir.2009).

Ramos Vallejo's remaining contention is unavailing.

**PETITION FOR REVIEW DISMISSED.**

---

* The panel unanimously concludes this case is suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.